# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

SCOTT L. McDANIEL,         :   Case No. 3:16-cv-00231

        Plaintiff,           :   District Judge Thomas M. Rose

vs.                          :   Magistrate Judge Sharon L. Ovington

                                   :

NANCY A. BERRYHILL,      :
Commissioner of the Social Security   :
Administration,               :

        Defendant.

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10) to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, the Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 19, 2017 (Doc. #10) is adopted in full;

2. The Commissioner's final decision concerning Plaintiff's July 17, 2013 applications for Disability Insurance Benefits and Supplemental Security Income are AFFIRMED; and

3. The case is terminated on the docket of this Court.

June 6, 2017                              *s/Thomas M. Rose

                                _____
                                    Thomas M. Rose
                           United States District Judge